UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Case No.  05-389M |
| v.   ) | |
| ) | |
| MICHAEL ROBERT CLARY,   ) | DETENTION ORDER |
| ) | |
| Defendant.   ) | |
| _____  ) | |

<u>Offenses charged</u>:

      Count 1:  Felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1).

      Count 2:  False statement in connection with acquisition of firearms in violation of 18 U.S.C. § 922(a)(6).

<u>Date of Detention Hearing</u>:   8/12/2005.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      (1)    Defendant has a lengthy criminal-background history, with several charges involving crimes of violence.

      (2)    The defendant has admitted to having issues with his mental-health, substance-abuse, and addiction problems.

(3) At the time of his arrest, defendant was in possession of two altered Washington State driver's licenses. He has also used two aliases.

(4) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of April, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge